UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL KORIN<br><br>               PLAINTIFF<br><br>VS.<br><br>RAYMOND JAMES & ASSOCIATES, INC. JOHN RAFAL, ROMAINE MACOMB, INTERNATIONAL LONG SHOREMEN'S UNION, CT, AND DAVID SHUDA<br><br>               DEFENDANT | CIVIL ACTION<br>NO. 3:04-CV-01308 (SRU)<br><br>October 12, 2004 |

### RESPONSE BY JOHN RAFAL AND ROMAINE MACOMB TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

On or about September 23, 2004, Plaintiff, Michael Korin, filed a motion to amend the complaint in the above-captioned matter stating therein that he intended to drop his claims against Raymond James & Associates, Inc., John Rafal and Romaine Macomb. Mr. Rafal and Ms. Macomb have no objection to the motion to amend the complaint, but do agree, for the reasons set forth in the October 8, 2004 response to Plaintiff's motion filed by Raymond James & Associates, Inc., that said motion should be treated as a notice of dismissal pursuant to Fed. R. Civ. P. 41a(1)(i). In this regard, Mr. Rafal and Ms. Macomb adopt the arguments made by Raymond James & Associates, Inc. in its October 8th memorandum.

THE DEFENDANTS,
JOHN RAFAL AND
ROMAINE MACOMB

By: _____
James T. Shearin, Esq. (ct 01326)
For: Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
Juris No. 47892  (203) 330-2000
Facsimile (203) 576-8888

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on October 12, 2004 to all counsel and pro se parties of record.

For the plaintiff :

Peter Luria, Esq.
32 East Main Street
P.O. Box 779
Avon, CT 06001
203-674-1411

For the defendant RAYMOND JAMES & ASSOCIATES, INC.:

Benjamin M. Buckley, Esq.
William H. Champlin, III, Esq.
Tyler, Cooper & Alcorn
CityPlace- 35th Floor
185 Asylum Street
Hartford, CT 06103-3488
860-725-6200
860-278-3802 - fax
bbuckley@tylercooper.com
champlin@tylercooper.com

_____
James T. Shearin

BPRT/69704.2/JTS/533954v1